UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| GRANITE RIDGE ENERGY, LLC | CIVIL ACTION NO.: 1:10-CV-2430 (PAC) |
| Plaintiff, | |
| | JUDGE PAUL A. CROTTY |
| -against- | |
| ALLIANZ GLOBAL RISK US INSURANCE COMPANY, ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, CONTINENTAL CASUALTY COMPANY, CONTINENTAL INSURANCE COMPANY, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, and INDUSTRIAL RISK INSURERS, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

_____X

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate and agree that the claims of Plaintiff Granite Ridge Energy, LLC against Defendant Continental Insurance Company, are hereby dismissed without prejudice and without costs. This stipulation may be signed in counterparts and, together with all counterpart signatures, shall constitute one original.

Dated: New York, New York
April 6, 2011

_____
John McConnell (JM0752)
Hargraves McConnell & Costigan, P.C.
230 Park Avenue
New York, New York 10169
T: (212) 218-8760
F: (212) 218-8761
*Attorneys for Plaintiff Granite Ridge Energy, LLC*

_____
Charles Rocco (CR8646)
Paul Ferland (PF0859
Malcolm Reilly (MR4328)
Foran Glennon Palandech Ponzi & Rudloff, P.C.
120 Broadway, Suite 1130
New York, New York 10271
T:  (212) 257-7100
F:  (212) 257-7199
*Attorneys for Defendants Allianz Global Risk US Insurance Company, Associated Electric & Gas Insurance Services, Continental Casualty Company, Continental Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company Liberty Mutual Insurance Company and ACE American Insurance Company*

_____
John Love, *admitted pro hac vice*
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, Massachusetts 02199
T: (617) 267-2300
F: (617) 267-8288

David Leichtman (DL7233)
Taylor Spearnak (TS2015)
Robins, Kaplan, Miller & Ciresi L.L.P.
601 Lexington Avenue, Suite 3400
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
*Attorneys for Defendants Westport Insurance Corporation and Industrial Risk Insurers*