```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 APR 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GRANITE RIDGE ENERGY, LLC                    CIVIL ACTION NO.:
                                             1:10-CV-2430 (PAC)
                 Plaintiff,
                                             JUDGE PAUL A. CROTTY
        -against-

ALLIANZ GLOBAL RISK US INSURANCE
COMPANY, ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES, CONTINENTAL
CASUALTY COMPANY, CONTINENTAL                Partial
INSURANCE COMPANY, THE HARTFORD STEAM        **STIPULATION OF DISMISSAL**
BOILER INSPECTION AND INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
COMPANY, ACE AMERICAN INSURANCE
COMPANY, WESTPORT INSURANCE
CORPORATION, and INDUSTRIAL
RISK INSURERS,

                 Defendants.
_____X

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate and agree that the claims of Plaintiff Granite Ridge Energy, LLC against Defendant Continental Insurance Company, are hereby dismissed without prejudice and without costs. This stipulation may be signed in counterparts and, together with all counterpart signatures, shall constitute one original.

Dated: New York, New York
April 6, 2011

_____
John McConnell (JM0752)
Hargraves McConnell & Costigan, P.C.
230 Park Avenue
New York, New York 10169
T: (212) 218-8760
F: (212) 218-8761
*Attorneys for Plaintiff Granite
Ridge Energy, LLC*

_____
Charles Rocco (CR8646)
Paul Ferland (PF0859
Malcolm Reilly (MR4328)
Foran Glennon Palandech Ponzi & Rudloff, P.C.
120 Broadway, Suite 1130
New York, New York 10271
T: (212) 257-7100
F: (212) 257-7199
*Attorneys for Defendants Allianz Global Risk US
Insurance Company, Associated Electric & Gas
Insurance Services, Continental Casualty
Company, Continental Insurance Company, The
Hartford Steam Boiler Inspection and Insurance
Company Liberty Mutual Insurance Company
and ACE American Insurance Company*

_____
John Love, *admitted pro hac vice*
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, Massachusetts 02199
T: (617) 267-2300
F: (617) 267-8288

David Leichtman (DL7233)
Taylor Spearnak (TS2015)
Robins, Kaplan, Miller & Ciresi L.L.P.
601 Lexington Avenue, Suite 3400
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
*Attorneys for Defendants Westport
Insurance Corporation and Industrial
Risk Insurers*

SO ORDERED   0 7 APR 2011

_____
U.S.D.J.

2