UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GRANITE RIDGE ENERGY, LLC,

                Plaintiff,

-against-

ALLIANZ GLOBAL RISK US INSURANCE
COMPANY, ASSOCIATED ELECTRIC &
GAS INSURANCE SERVICES,
CONTINENTAL CASUALTY COMPANY,
THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY, ACE
AMERICAN INSURANCE COMPANY, and
INDUSTRIAL RISK INSURERS,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-13

10 Civ. 2430 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

      The Clerk of Court shall enter final judgment for Plaintiff as set forth in the parties' Stipulation dated November 15, 2013. In particular, damages plus prejudgment interest through July 30, 2012 amounts to $4,941,694.48. Additional interest on that figure shall accrue at the rate of $1,218.50 per day beginning on July 31, 2012 until the entry of judgment. Liability for the total amount shall be allocated among the Defendants as set forth in Paragraph 1 of the Stipulation.

Dated: New York, New York
       November 19, 2013

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge