

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GRANITE RIDGE ENERGY, LLC,
                  Plaintiff,

-against-

ALLIANZ GLOBAL RISK US INSURANCE
COMPANY, ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES, CONTINENTAL
CASUALTY COMPANY, THE HARTFORD
STEAM BOILER INSPECTION AND INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
COMPANY, ACE AMERICAN INSURANCE
COMPANY, and INDUSTRIAL RISK INSURERS,
                  Defendants.
-------------------------------------------------------------X

10 **CIVIL** 2430 (PAC)

**JUDGMENT**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on November 19, 2013, having rendered its Order directing the Clerk of Court to enter final judgment for Plaintiff as set forth in the parties' Stipulation dated November 15, 2013, that in particular, damages plus prejudgment interest through July 30, 2012 amounts to $4,941,694.48 and additional interest on that figure shall accrue at the rate of $1,218.50 per day beginning on July 31, 2012 until the entry of judgment, and that liability for the total amount shall be allocated among the Defendants as set forth in Paragraph 1 of the Stipulation, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2013, final judgment is entered for Plaintiff as set forth in the parties' Stipulation dated November 15, 2013; accordingly, Plaintiff is awarded damages plus prejudgment interest through July 30, 2012 amounting to $4,941,694.48 plus additional interest on

that figure accruing at the rate of $1,218.50 per day beginning on July 31, 2012 until the entry of judgment of $583,661.50, for a total sum of $5,525,355.98; Liability for the total amount shall be allocated among the Defendants as set forth in Paragraph 1 of the Stipulation dated November 15, 2013 (Copy attached).

**Dated:** New York, New York
November 21, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

GRANITE RIDGE ENERGY, LLC

               Plaintiff,

    -against-

ALLIANZ GLOBAL RISK US INSURANCE
COMPANY, ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES, CONTINENTAL
CASUALTY COMPANY, THE HARTFORD STEAM
BOILER INSPECTION AND INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
COMPANY, ACE AMERICAN INSURANCE
COMPANY, WESTPORT INSURANCE
CORPORATION, and INDUSTRIAL
RISK INSURERS,

               Defendants.

———————————————————————x

CIVIL ACTION NO.:
1:10-CV-2430 (PAC)

JUDGE PAUL A. CROTTY

**STIPULATION ON ALLOCATION OF DAMAGES AND PREJUDGMENT INTEREST**

    In response to the Court's Opinion & Order dated October 21, 2013, all parties hereby stipulate that:

    1.    The allocation of damages and prejudgment interest awarded by this Court's Order of October 21, 2013 among the Defendants shall be as follows:

    a.  Westport Insurance Corporation on behalf of Industrial Risk Insurers: 15%;

    b.  Allianz Global Risks US Insurance Company: 15%;

    c.  Associated Electrical & Gas Insurance Services: 10%;

    d.  Continental Casualty Company: 10%;

    e.  The Hartford Steam Boiler Inspection and Insurance Company: 15%;

    f.  Liberty Mutual Insurance Company: 15%; and

    g.  ACE American Insurance Company: 20%.

35497887.1

2.      Prejudgment interest through July 30, 2012 on the Court's damages award of $3,404,347.91 amounts to $1,537,346.57, bringing the total of damages and prejudgment interest through July 30, 2012 to $4,941,694.48.

3.      Prejudgment interest continues to run on the $4,941,694.48 figure set forth above at the daily rate of $1,218.50 beginning on July 31, 2012 until the entry of judgment.

4.      By way of example, the total damages award plus prejudgment interest through November 15, 2013 would be $5,518,044.98.

Dated: New York, New York
       November 11, 2013

_____
John McConnell (JM0752)
Hargraves McConnell & Costigan, P.C.
230 Park Avenue
New York, New York 10169
T: (212) 218-8760, F: (212) 218-8761
*Attorneys for Plaintiff Granite Ridge Energy, LLC*

_____
John Love, *admitted pro hac vice*
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, Massachusetts 02199
T: (617) 267-2300, F: (617) 267-8288

David Leichtman (DL7233)
Robins, Kaplan, Miller & Ciresi L.L.P.
601 Lexington Avenue, Suite 3400
New York, New York 10022
T: (212) 980-7400, F: (212) 980-7499
*Attorneys for Defendants Westport Insurance Corporation and Industrial Risk Insurers*

_____
Charles Rocco (CR8646)
Paul Ferland (PF0859)
Malcolm Reilly (MR4328)
Foran Glennon Palandech Ponzi & Rudloff, P.C.
120 Broadway, Suite 1130
New York, New York 10271
T: (212) 257-7100, F: (212) 257-7199
*Attorneys for Defendants Allianz Global Risk US Insurance Company, Associated Electric & Gas Insurance Services, Continental Casualty Company, Continental Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company Liberty Mutual Insurance Company and ACE American Insurance Company*

November 15, 2013 (11/15/13)

SO ORDERED:

_____
HON. PAULA CROTTY
UNITED STATES DISTRICT JUDGE

35497887.1                                    2